

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00145-CV

SENIOR LIVING PROPERTIES, LLC D/B/A HAMILTON HEALTHCARE CENTER

APPELLANT

V.

S.K.G., INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF S.D.G., DECEASED, AND AS NEXT FRIEND FOR A.D.G. AND A.D.G., MINOR CHILDREN, C.G., L.G., AND ALISA PRUEITT

APPELLEES

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 067-269110-13

------------

## MEMORANDUM OPINION[1]

------------

The parties, after having resolved all issues between them, have filed joint

motions to vacate the trial court's February 11, 2015 final judgment and the trial

court's September 10, 2015 "Order Determining Net Worth of Senior Living

---

[1]*See* Tex. R. App. P. 47.4.

Properties, LLC." We grant the motions. Therefore, we vacate the trial court's judgment and its net-worth order without regard to the merits of the judgment or order. *See* Tex. R. App. P. 42.1(a)(2)(B). We remand this case to the trial court for disposition in accordance with the parties' agreement. *See id.* Appellant shall pay all costs of the appeal. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and SUDDERTH, JJ.

DELIVERED: December 17, 2015